IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GABRIEL U. VAUGHN,<br><br>          Plaintiff<br><br>VS.<br><br>WENDY THOMPSON, *et al.*,<br><br>          Defendants | NO. 5:05-CV-11 (CAR)<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## RECOMMENDATION ON MOTION FOR A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION

Plaintiff GABRIEL U. VAUGHN has filed a motion asking the Court to grant him injunctive relief. Tab #34. In his motion, plaintiff is seeking to have the defendants provide him with various types of medical care. *Id*. The defendants have filed a response to the plaintiff's motion. Tab #45.

A temporary restraining order (TRO) or preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties. *Cate v. Oldham*, 707 F.2d 1176, 1185 (11th Cir. 1983). A TRO or injunctive relief is only appropriate where the movant demonstrates that (1) there is a substantial likelihood of success on the merits; (2) the TRO or injunction is necessary to prevent irreparable injury; (3) the threatened injury outweighs the harm that the TRO or injunction would cause to the non-movant; and (4) the TRO or injunction would not be adverse to the public interest. *Parker v. State Board of Pardons and Paroles*, 275 F.2d 1032, 1035 (11th Cir. 2001). Furthermore, injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available. *Cunningham v. Adams*, 808 F.2d 815, 821 (11th Cir. 1987).

After a careful review of the plaintiff's motions for a TRO and injunctive relief, in light of the requirements set forth in *Southern Monorail Co. v. Robbins & Myers*, 666 F.2d 185, 186 (11th Cir. 1982), it is the opinion of the undersigned that the plaintiff has not met the prerequisites for the issuance of a preliminary injunction or TRO.

The injunctive relief sought by plaintiff VAUGHN is essentially the same relief he seeks in the underlying case, and what he seeks in the form of a temporary restraining order and preliminary injunction would undermine consideration of the issue in the main proceeding without sufficient factual development.  The court deems it appropriate to consider plaintiff's claims in the context of the pending motion for summary judgment (Tab #17) and finds no basis for granting injunctive relief at this time.

Accordingly, **IT IS RECOMMENDED** that the plaintiff's motion seeking a temporary restraining Order (Tab #34) be **DENIED**.[1]  Under 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom the case is assigned within ten (10) days after being served with a copy of this order.

Plaintiff shall be served at the **LAST ADDRESS** provided by him.

SO RECOMMENDED, this 23rd day of MARCH, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1]To the extent that injunctive relief is sought in the pleading filed by plaintiff as Tab #4 herein, IT IS RECOMMENDED that the same be denied for the reasons set forth herein.