**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **GABRIEL U. VAUGHN,** | : |
| | : |
| Plaintiff, | :    5:05-CV-11 (CAR) |
| vs. | : |
| | : |
| **WENDY THOMPSON, et. al.,** | : |
| | : |
| Defendants. | : |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 46] to deny Plaintiff's motion for a temporary restraining order. [Doc. 34]. No Objection to the Recommendation has been filed, and having considered the matter, this Court agrees that Plaintiff has failed to meet his burden of establishing the prerequisites for the issuance of a preliminary injunction. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; Plaintiff's motion is hereby **DENIED**.

**SO ORDERED**, this 26th day of April, 2005.

s/ C. ASHLEY ROYAL
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JLR/jec