IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GABRIEL U. VAUGHN, | : |
| | : |
| Plaintiff, | :   5:05-CV-11 (CAR) |
| vs. | : |
| | : |
| JAMES DONALD, *et al.*, | : |
| | : |
| Defendants. | : |

_____

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 48] that Defendants' Motion for Summary Judgment [Doc. 17] be granted. No Objection to the Recommendation has been filed,[1] and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 13th day of June, 2005.

> s/ C. ASHLEY ROYAL
> C. ASHLEY ROYAL
> UNITED STATES DISTRICT JUDGE

---

[1] On April 29, 2005, this Court initially mailed a copy of the United States Magistrate Court's Recommendation to Plaintiff at his address of record in Rivers State Prison. That letter was returned as undeliverable on May 6, 2005. Following some investigation into Plaintiff's whereabouts, the Court thereafter mailed a second copy of the United States Magistrate Court's Recommendation to Plaintiff at Rogers State Prison on May 6, 2005. That letter was not returned to this Court; still, Plaintiff has not filed any objection to the Recommendation of the United States Magistrate Judge.

JLR/jec

2